UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ADRIAN RODRIGUEZ,

                    Plaintiff,              NO.  CV-11-176-JPH

     vs.                                    **ORDER ADOPTING REPORT AND
                                            RECOMMENDATION AND DISMISSING**
GRANT COUNTY JAIL, et al.,                  **FIRST AMENDED COMPLAINT**


                    Defendants.

     Magistrate Judge Hutton filed a Report and Recommendation on December 5, 2011, recommending that Mr. Rodriguez's First Amended Complaint be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).  There being no objections, the Court **ADOPTS** the Report and Recommendation.  The First Amended Complaint is **DISMISSED WITHOUT PREJUDICE.**

     **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment without prejudice in Defendants' favor, forward a copy to Plaintiff at his last known address, and close the file.

     **DATED** this  3rd  day of January 2012.


                              s/Edward F. Shea
                         ────────────────────────────
                              EDWARD F. SHEA
                         UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\prisoner11cv176jph-12-27-disfoo.wpd
ORDER DISMISSING FIRST AMENDED COMPLAINT -- 1